UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Civil Action No. 1:19-cv-02376-RA
                         Plaintiff,                    :
                                                                 :
             vs.                                                :
                                                                 :
JOHN DOE, subscriber assigned IP address                         :
108.30.54.43,                                    :
                                                                 :
                        Defendant.                    :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>.  John Doe was assigned the IP Address 108.30.54.43.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 30, 2019.

                                                    Respectfully Submitted,

                        By:    <u>/s/ *Kevin T. Conway*</u>
                               Kevin T. Conway (KC-3347)
                               80 Red Schoolhouse Road, Suite 110
                               Spring Valley, NY 10977
                               T: (845) 352-0206
                               F: (845) 352-0481
                               Email: ktcmalibu@gmail.com
                               *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              By: /s/ Kevin T. Conway, Esq.
                              Kevin T. Conway, Esq.